UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ERIK WILKS,                          : CIV. NO. 3:00CV01815 (SRU)
Plaintiff,                           :
                                     :
v.                                   :
                                     :
STEVEN J. FARQUHARSON,               :
District Director,                   :
Immigration and Naturalization       :
Service, TERRANCE M. O'REILLY,       :
Director, Office of                  :
Administrative Appeals Unit,         :
JANET RENO, United States            :
Attorney General, DORIS              :
MEISSNER, Commissioner,              :
Immigration and Naturalization       :
Service,                             :
Defendants.                          : MARCH 16, 2004

JOINT STATUS REPORT[1]

A. **OVERVIEW**

Erik Wilks is the father of Oneil Wilks who is a native of Jamaica. Erik Wilks is the father of Oniel Wilks who is a native of Jamaica. Oniel Wilks was ordered removed to Jamaica and the Immigration Judge denied Mr. Wilks claim to U.S. citizenship as derived through the naturalization of his father Erik Wilks. Oniel Wilks submitted a second N-600 Application for certificate of citizenship which was denied by the Immigration Court.

On April 7, 2003, the Board of Immigration Appeals ("BIA") dismissed Oniel Wilk's appeal of the order of removal and

---

[1] This status report was due on March 15, 2004. The parties had diligently worked on the report prior to that time and had planned to submit the report on March 15, 2004. Counsel for the Respondents, however, was ill on March 15, 2004. Accordingly, counsel for the respondents requests, nunc pro tunc, that this report be deemed timely filed.

affirmed the court's decision without opinion. On April 28, 2003, Oniel Wilks submitted a petition for review of the BIA decision. The petition is pending in the United States Court of Appeals for the Second Circuit.

On September 22, 2000, Oniel Wilks filed a Complaint for Declaratory Judgment claiming that Oniel Wilks is a U.S. citizen by derivation based on Erik Wilks' status as a naturalized citizen. In a decision date September 30, 2003, the Court granted the Respondent's motion to dismiss the claims of Oniel Wilks without prejudice to re-filing after disposition of the administrative proceedings. The Court also ordered a stay of Erik Wilk's claims pending disposition of Oniel Wilk's administrative proceedings.

The parties request that this matter be stayed pending adjudication of Oniel Wilks' petition for review pending in the Second Circuit Court of Appeals. The parties agree that they will submit notification of the decision from the Second Circuit Court of Appeal within 30 days of date of the decision.

B. **SETTLEMENT**

  1. The Parties have discussed settlement in good faith and certify that they have done so since the issuance of this order.

  2. There are no outstanding reports.

  3. The parties believe that a settlement conference would not be beneficial at this time in light of the matter pending

before the Second Circuit.

C.  **TRIAL**

1.  In light of the pending petition for review, the parties request that no trial date be set.

2.  No additional preparation, other than previously discussed is required.

3.  No additional pleadings are to be filed.

Respectfully submitted,  
Erik Wilks, Petitioner

_____  
Jose L. DelCastillo, Esq.  
Counsel for Petitioner  
255 Main Street, Suite 2  
Hartford, CT 06106  
(860) 527-8886

Respectfully submitted,  
Counsel for Respondents

_____  
James K. Filan Jr.  
Assistant U.S. Attorney  
915 Lafayette Boulevard  
Bridgeport, CT 06604  
(203) 696-3000  
Federal bar No. ct 15565

3

CERTIFICATION

This is to certify that a copy of the within and foregoing has been sent via United States mail, postage pre-paid to:

Jose L. DelCastillo, Esq.
DelCastillo & Associates
255 Main Street #2
Hartford, Connecticut 06106
(860) 527-8886

Dated at Bridgeport, Connecticut this 16th day of March, 2004.

JAMES K. FILAN JR.
ASSISTANT U.S. ATTORNEY