# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIK WILKS<br>　　　　Plaintiff,<br><br>V.<br><br>STEVEN FARQUHARSON, ET AL<br>　　　　Defendant. | **APPEARANCE**<br><br><br>CASE NUMBER: 3:00CV01815 (SRU) |

**To the Clerk of this court and all parties of record:**

　　Enter my appearance as counsel in this case for:

Steven Farquharson, Terrance O'Reilly, Janet Reno, and Doris Meissner in lieu of Assistant United States Attorney James Filan.

| | |
|---|---|
| 9-21-05 | _(signature)_ |
| **Date** | **Signature** |
| CT05289 | John B. Hughes |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 203-821-3700 | 157 Church Street |
| **Telephone Number** | **Address** |
| 203-773-5373 | New Haven, CT 06510 |
| **Fax Number** | |
| john.hughes@usdoj.gov | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

　　This is to certify that the foregoing Appearance was mailed on this date to the following:

Jose DelCastillo, Esq.
DelCastillo & Associates
255 Main Street, #2
Hartford, CT 06106

_(signature)_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001