UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 OCT 24  A 9:57
DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| ERIK WILKS,<br>    Plaintiff | :<br>: Civil No. 3:00CV1815(SRU)<br>: |
| V. | : |
| STEVEN FARQUHARSON,<br>DISTRICT DIRECTOR, INS, ET<br>AL.<br>    Defendant | :<br>: OCTOBER 21, 2005<br>:<br>:<br>: |

## SUPPLEMENTAL STATUS REPORT

The respondent hereby files this supplemental status report along with a signed Joint Status Report dated September 21, 2005 which was not filed through a misunderstanding between counsel. In addition to the status reported as of September 21, 2005 the docket sheet of the related case pending in the Second Circuit, <u>Wilks v. Ashcroft</u>, 03-4837-ag, reflects that the Petitioner's Brief was filed on September 29, 2005 and Respondent's Brief is not yet due. Accordingly, the petition for review has not yet been decided and the stay in the above captioned case should remain in effect.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*/s/ John B. Hughes/*

JOHN B. HUGHES
UNITED STATES ATTORNEY'S OFFICE
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET, P.O. BOX 1824
NEW HAVEN, CT 06508
TELEPHONE NO. (203) 821-3700
FEDERAL BAR NO. CT05289
JOHN.HUGHES@USDOJ.GOV

## CERTIFICATION

This is to certify that a copy of the within and foregoing Supplemental Status Report was mailed, postage prepaid on October 21, 2005 to all parties and counsel of record.

Jose Del Castillo, Esq.
Law Offices of Del Castillo & Assoc.
255 Main Street
Hartford, CT 06106


_____
JOHN B. HUGHES
CHIEF, CIVIL DIVISION

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIK WILKS,<br>Plaintiff,<br><br>v.<br><br>STEVEN J. FARQUHARSON,<br>District Director, INS, et. al. | Civ. Action No.<br>3:00CV1815 (SRU) |

September 21, 2005

## JOINT STATUS REPORT

### A.  OVERVIEW

Erik Wilks who is a naturalized citizen of the United States is the father of Oneil Wilks who is a native and citizen of Jamaica. Oniel Wilks was ordered removed to Jamaica and the Immigration Judge denied Mr. Wilks claim to U.S. citizenship as derived through the naturalization of his father Erik Wilks. Oniel Wilks submitted a second N-600 Application for certificate of citizenship which was denied by the Immigration Court.

On April 7, 2003, the Board of Immigration Appeals ("BIA") dismissed Oniel Wilk's appeal of the order of removal and affirmed the court's decision without opinion. On April 28, 2003, Oniel Wilks submitted a petition for review of the BIA decision. The petition is pending in the United States Court of Appeals for the Second circuit.

On September 22, 2000, Oniel Wilks filed a Complaint for Declaratory Judgment claiming that Oniel Wilks is a U.S. citizen by derivation based on Erik Wilks' status as a naturalized citizen. In a decision dated September 30, 2003, the Court granted the Respondent's motion to dismiss the claims of Oniel Wilks without prejudice to re-filing after disposition of the administrative proceedings. The Court also ordered a stay of Erik Wilk's claims pending disposition of Oniel Wilk's administrative proceedings.

Page 1 of 3

The parties request that this matter be stayed pending adjudication of Oniel Wilks' petition for review pending in the Second Circuit Court of Appeals. Due to the heavy caseload with the 2nd Circuit Courts, no final decision has been rendered on Mr. Wilks' case as yet. The parties agree that they will submit notification of the decision from the Second Circuit Court of Appeal within 30 days of the date of the decision.

B.  SETTLEMENT

1. The Parties have discussed settlement in good faith and certify that they have done so since the issuance of this order.

2. There are no outstanding reports

3. The parties believe that a settlement conference would not be beneficial at this time in light of the matter pending before the Second Circuit.

C.  TRIAL

1. In light of the pending petition for review, the parties request that no trial date be set.

2. No additional preparation, other than previously discussed is required.

3. No additional pleadings are to be filed.

Respectfully submitted,
Erik Wilks, Petitioner

Jose L. Del Castillo, Esq.
Counsel for Petitioner
255 Main Street, Suite 2
Hartford, CT 06106
(860) 527-8886 ext. 104
Federal Bar No. 12448

Respectfully submitted,
Counsel for Respondents

John Hughes
Assistant U.S. Attorney
157 Church Street
Floor 23
New Haven, CT 06510

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via facsimile and by United States mail, postage pre-paid to:

John Hughes
Assistant U.S. Attorney
157 Church Street
New Haven, Connecticut 06510

Dated at Hartford, Connecticut this 21st day of September 2005

_____
Jose L. DelCastillo, Esq.