UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERIK WILKS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIV. NO. 3:00CV1815(SRU) |
| | : | |
| STEVEN J. FARQUARSON, | : | |
| District Director, Immigration and | | |
| Naturalization Service, TERRANCE M. | : | |
| O'REILLY, Director, Office of | | |
| Administrative Appeals Unit, JANET RENO, | : | |
| United States Attorney General, | : | |
| DORIS MEISSNER, Commissioner, | : | |
| Immigration and Naturalization Service, | : | |
| | : | |
| Defendants. | : | MARCH 26, 2007 |

FURTHER SUPPLEMENTAL STATUS REPORT

In the previous Supplemental Status Report dated October 21, 2005, it was reported to the Court that a related Petition for Review on file in the Second Circuit, Wilks v. Ashcroft, 03-4837-ag remained pending. On February 26, 2007, the Second Circuit issued a summary order denying the Petition for Review. A copy of that summary order is attached. As reported in a previous status report dated March 16, 2004, the petitioner Erik Wilks is the father of Oniel Wilks. Oniel Wilks had made a claim to derivative citizenship through his father, Erik Wilks. The application for certificate of citizenship was denied by the Immigration Court and then by the Board of Immigration Appeals on April 7, 2003. On April 28, 2003, Oniel Wilks submitted a Petition for Review of the BIA decision with the Second Circuit. It is this appeal that was recently dismissed by the Second Circuit. In a decision of this Court dated September 30, 2003, the Court granted a Motion to Dismiss the claims of Oniel Wilks and the Court ordered a stay of

Erik Wilks' claims pending disposition of Oniel Wilks' administrative proceedings and appeal. As noted above, a decision in that appeal was entered on February 26, 2007, and the Court is hereby notified the Respondents believe that the claims of Erik Wilks should now also be dismissed based upon the denial of Oniel Wilks' claim in the Second Circuit.

                                                      Respectfully submitted,

                                                      KEVIN J. O'CONNOR
                                                      UNITED STATES ATTORNEY

                                                              /s/

                                                      JOHN B. HUGHES
                                                     CHIEF, CIVIL DIVISION
                                                     157 CHURCH STREET, 23RD FLOOR
                                                     NEW HAVEN, CT 06510
                                                     TEL. (203) 821-3700; FAX: (203) 773-5373
                                                     FEDERAL BAR NO. ct05289
                                                     john.hughes@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Further Supplemental Status Report was mailed postage pre-paid this 26th day of March 2007 to:

Jose DelCastillo, Esq.
225 Main Street
Suite 2
Hartford, CT 06106

/s/
_____
JOHN B. HUGHES
CHIEF, CIVIL DIVISION