UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Eric Wilks, ) | |
| Plaintiff ) | CIV. NO. 3:00 CV 1815(SRU) |
| ) | |
| vs. ) | |
| ) | |
| Steven Farquharson, District Director, INS; et. al ) | April 2, 2007 |
| Respondents/Defendants ) | |
| ) | |

**Plaintiff's 04/02/07 Supplemental Status Report**

     We are in receipt of and reviewed the U.S. Attorney's 3/26/07 Further Supplemental Status Report. We agree with most of the report except that this Court granted a Motion to Dismiss the claims of Oniel Wilks on 9/30/02. Moreover, the Second Circuit appeal argument revealed the following. At the argument on May 17, 2006, the United States government conceded that the INS officer's advice to Oneil Wilks on August 1, 1996 that his father could not apply for him to become a United States citizen was in error. U.S. Attorney Dione M. Enea's letter dated June 1, 2006 supports this fact.

     We hope that this letter will be sufficient for the Connecticut District Court to provide a remedy for the erroneous advice which was given to Mr. Oneil Wilks regarding his citizenship application. As noted during the Petition for Review argument, the Second Circuit Court did not have the jurisdiction to offer an equitable remedy such as a declaratory judgment on this case because only Oneil Wilks' case was before the Second Circuit.

     The declaratory judgment complaint before this court is that of Erik Wilks, Oneil Wilks' father. This is the only Court that can remedy the previous government's admitted error and provide the Plaintiff, Erik Wilks with the remedy sought, derivative citizenship for his son. Therefore, we look forward a favorable resolution of the case on behalf of our client.

Respectfully submitted,

Erik Wilks,
Plaintiff

/s/

DelCastillo & Associates, LLC
By: Jose L. DelCastillo, Esq.
Its Member
255 Main Street, Suite 2
Hartford, CT 06106-1821
Phone (860) 527-8886 X 104
Fax (860) 527-0234
Federal Bar No. 12448
delcastillojose@cs.com

## CERTIFICATE OF SERVICE

    I, Jose L. DelCastillo, certify that a copy of the foregoing Supplemental brief was sent by first class mail to:

John B. Hughes, AUSA
United States Attorney's Office
Chief, Civil Division
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06508

/s/
Dated: this 2nd day of April, 2007    By: /JOSE L.DELCASTILLO/
    Jose L. DelCastillo, Esq.