UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILKS, ET AL.,
    Plaintiffs,

v.

FARQUARSON, ET AL.,
    Defendants.

Case No.
3:00cv1815 (SRU)

## CONFERENCE MEMORANDUM

On April 12, 2007, I held a phone conference on the record with Jose DelCastillo Salamanca, representing the plaintiff, and John Hughes, representing the defendants. The purpose of the conference was to discuss the status of the case.

Erik Wilks (the father) is the only remaining plaintiff in this case; in February 2007, the Second Circuit issued a Summary Order, denying Oniel Wilks's (the son) petition for review. Subsequently, the parties filed supplemental status reports. The government took the position that the case should be dismissed, in light of the Second Circuit's order. The plaintiff indicated that, notwithstanding the Second Circuit's order, he intended to press his claims, although the theory upon which he intends to do so was not clear.

I asked plaintiff's counsel to explain the theory upon which the plaintiff, Erik Wilks, is continuing to press his claims. Counsel responded that Erik Wilks's claims are based, in effect, on misrepresentations made to his son, Oniel Wilks, which prevented Oniel Wilks from obtaining derivative citizenship, which in turn harms Erik Wilks because Oniel Wilks is now being removed.

I told counsel that I needed further clarification about the plaintiff's position. Plaintiff's counsel should submit a supplemental brief, setting forth a succinct statement of the arguments

and legal theories supporting his position, by **June 1, 2007**.  The government should respond by **June 29, 2007**.  If plaintiff's counsel wishes to file a reply, he should do so within 10 days of the government's response.

      I ordered that the stay on the case be lifted.


      Dated at Bridgeport, Connecticut, this 12th day of April 2007.


                                             /s/ Stefan R. Underhill
                                               Stefan R. Underhill
                                               United States District Judge