UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


ERIK WILKS and ONEIL MYRON WILKS

    v.                                              3:00CV1815 SRU

STEVEN J. FARQUHARSON, TERRANCE
M. O'REILLY, JANET RENO and
DORIS MEISSNER


## JUDGMENT OF DISMISSAL

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of plaintiffs' complaint.

The Court reviewed all of the papers filed and on July 18, 2007, entered a Ruling and Order dismissing the complaint.

It is hereby ORDERED that the complaint on file herein, be and hereby is, dismissed .

Dated at Bridgeport, Connecticut, this 19th day of July 2007.


                                                                KEVIN F. ROWE, Clerk

                                                           By   /s/ Barbara Sbalbi
                                                                   Deputy Clerk


Entered on Docket _____