IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ONIEL MYRON WILKS, ET AL., : | |
| Petitioners, : | |
| V. : | CIVIL ACTION NO. 3:00cv 1815(SRC) |
| STEVEN J. FARQUHARSON, ET AL., : | JULY 27, 2007 |
| Respondents, : | |

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that the petitioners in the above entitled action hereby appeals to the Second Circuit Court of Appeals, from the judgment rendered in this Court on July 17, 2007, dismissing the complaint, and from each and every part thereof and from each and every intermediate order made therein.

Dated: July 27, 2007

BY: _____
Gregory Osakwe, Esq.
57 Pratt Street, Suite 604
Hartford, CT 06103
Fed Bar No. Ct 24890
Tel (860) 524-0562
Fax (860) 524-0673

1

## CERTIFICATION

This is to certify that a true and accurate copy of the foregoing was mailed, postage paid on this 27th day of July, 2007 to:

James Fillan, Esq.
Assistant United States Attorney
915 Lafayette Boulevard
Bridgeport, CT 06604

Gregory Osakwe