FORM 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Erik Wilks, et al

      v.

Steven J. Farquharson, et al

CIVIL CASE NO. 3:00cv 1815 (SRC)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Erick Wilks, et al__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order (attach the Judgment or Order):

Judgement of USDJ Stefan R. Underhill dated July 17, 2007

2. The Judgment /Order in this action was entered on __07/17/2007__.
(date)

_/s/ [Signature]_
**Signature**

Gregory Osakwe
**Print Name**

57 Pratt Street, Ste 604

Hartford, CT 06103
**Address**

Date: 07/27/2007

860-524-0562
**Telephone Number**

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).